THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID RODNEY POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:04-CV-1193-WKW |
| | ) | [WO] |
| | ) | |
| RAYMOND ROGERS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 11, 2007, the Magistrate Judge filed a Report and Recommendation (Doc. # 35) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation (Doc. # 38) of the Magistrate Judge is ADOPTED;

2.      This case is DISMISSED without prejudice for the plaintiff's failure to comply with the orders of this court and to prosecute this action.

An appropriate judgment will be entered.

DONE this 5th day of July, 2007.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE